FILED IN
COURT OF CRIMINAL APPEALS

November 9, 2015

ABEL ACOSTA, CLERK

**PD-1455-15**

PD-1455-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/6/2015 2:05:37 PM
Accepted 11/9/2015 4:29:18 PM
ABEL ACOSTA
CLERK

No. _____

No. 09-14-00367-CR
In The Ninth Court of Appeals

| | | |
|---|---|---|
| KELVIN LEE ROY | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

*Granted to 11-25-15 PC 11-10-15*

## MOTION FOR EXTENSION OF TIME TO FILE PDR

COMES NOW, movant, by and through counsel, Dustin Galmor, and in accordance with Rule 2 of The Texas Rules of Appellate Procedure, hereby requests an extension of time in which to file his petition for discretionary review and would respectfully show:

1. Name of Trial Court:     163rd District Court

2. Trial Court Style: No. B-140,221-R, The State of Texas v. KELVIN LEE ROY; No. 09-14-00367-CR in the Ninth Court of Appeals

3. Offense:     Murder

4. Punishment assessed:     75 years in IDTDCJ

5. Present Filing Deadline: September 25, 2015

6. Length of Extension Requested:     15 days

7. Number of Previous Extensions:     None

8. Good Cause for this Extension is as follows: Appellant intended to file

a petition for discretionary review and believed he would be able to retain counsel under certain time constraints. Appellant filed a pro se motion for extension of time to file a motion for rehearing, in part to obtain additional time to retain counsel. The time period was extended until October 12, 2015, for appellant to file his pro se motion for rehearing. Appellant did not follow up and file his pro se motion for rehearing which would have extended the time period for the filing of a petition for discretionary review. Counsel was under the impression that appellant would do so, and recently learned that appellant through inadvertence did not do so. Appellant's oversight in failing to file the motion had the effect of eliminating the extension of time. Since the mandate has not issued, and appellant wishes to file a petition for discretionary review in this significant case, counsel requests that this court enter an order extending the time for 15 days from the date of the ruling on this motion in order to file a timely petition for discretionary review. If this Court extends the time period as requested, counsel herein will represent appellant and file the petition on appellant's behalf. Counsel submits that the failure to file the motion for rehearing was excusable neglect under the circumstances. Counsel represents that there are one or more meritorious issues that merit review by this court and that good cause exists to warrant an extension of time for the filing of a petition for discretionary review.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully files this motion, and prays for the requested extension.

Respectfully submitted,
/s/DUSTIN GALMOR
Attorney for Appellant
Texas State Bar #24057525
485 Milam
Beaumont, TX 77701
Tel: (409) 832-7757; Fax: (888) 248-9161

## CERTIFICATE OF SERVICE

_____This is to certify that the above and foregoing Motion for Extension of Time has been served upon counsel for the State by electronic delivery, on the date of filing hereof.

/s/DUSTIN GALMOR